21 FEB 2015

TO: SUPREME COURT OF CRIMINAL APPEALS OF TEXAS
PO BOX 12248
AUSTIN TX 78711

FROM: MACLIN RAY DENSON  TDCJ # 01976104   5B #9
MIDDLETON TRANSFER FACILITY
13055 FM 3522
ABILENE, TX 79601

SUBJ: UPDATE ADDRESS

TO WHOM THIS MAY CONCERN,

Last month I respectfully filed a motion to dismiss my appeal. Then was moved from Tarrant Co. Jail to here at Middleton.

I wanted to give you my address and TDCJ number. Also my old CID # 0374461. Please notify me you receive my motion and the outcome. Thanks

Court of Appeals # 02·14·00492·CR
Crim Court # 1295117 D

Respectfully,
Maclin Ray Denson
Defendant Pro se

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 04 2015

Abel Acosta, Clerk